Stephen M. PARTIN, Appellant,

v.

ROBINSON, Ms., I.P.O. Parole Officer, Maximum Security Unit, ADC; G. Harmon, Warden, Maximum Security Unit, ADC; L. May, Deputy Director, Arkansas Department of Correction; Larry Norris, Director, Arkansas Department of Correction; Mike Huckabee, Governor of Arkansas, Appellees.

No. 02–1173.

United States Court of Appeals, Eighth Circuit.

Submitted May 3, 2002.

Decided May 3, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

1. The Honorable John B. Jones, United States District Judge for the District of South Dako-

PER CURIAM.

Stephen M. Partin appeals the district court's pre-service dismissal of Partin's 42 U.S.C. § 1983 action for failure to state a claim on which relief may be granted. Having carefully reviewed the record, we conclude dismissal was proper. We thus affirm the judgment of the district court, and we deny the pending motion. *See* 8th Cir. R. 47B.

A true copy.